United States District Court
Southern District of Texas
FILED

JAN 1 1 2006

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

JAN 1 2 2006

Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| VS. § § | CRIMINAL NO. L-05-2701 |
| HUMBERTO B. PEREZ § | |

## ORDER

On this the \_11\_ day of January, 2006, the Court having considered the Defendant's Motion To Substitute Counsel, and it appearing to the Court that said Motion in all respects is proper and should be granted, accordingly,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that the Motion is GRANTED and that the Defendant is allowed to substitute HUGO D. MARTINEZ as his attorney of record.

Signed on this \_11\_ day of January, 2006.

_____
JUDGE PRESIDING